UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Jocelyn Estrella, ,

                    Plaintiff,

                                                    **ORDER OF REFERENCE**
          v.                                              **TO A**
                                                    **MAGISTRATE JUDGE**

                                                    15 Civ. 6966 (CS)

Carolyn W. Colvin, Commissioner,
                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-4-2015
```

The above entitled action is referred to the Hon.  Lisa M. Smith ,
United States Magistrate Judge, for the following purpose(s):

| | |
|---|---|
| \_\_\_\_ GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | \_\_\_\_ HABEAS CORPUS |
| \_\_\_\_ GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | \_\_\_\_ INQUEST AFTER DEFAULT / DAMAGES HEARING |
| \_\_\_\_ DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | \_X\_ SOCIAL SECURITY |
| \_\_\_\_ SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | \_\_\_\_ SETTLEMENT |
| | \_\_\_\_ CONSENT UNDER 28 U.S.C. 636(C) FOR ALL PURPOSES (including trial) |
| \_\_\_\_ JURY SELECTION | \_\_\_\_ CONSENT UNDER 28 U.S.C. 636(C) FOR LIMITED PURPOSE OF |

Dated: September _1_, 2015
          White Plains, New York

SO ORDERED:

_____
United States District Judge

* Do not check if already referred for General Pre-Trial.